UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS OLIVER,<br><br>                    Plaintiff,<br><br>v.<br><br>KRISTIN TAVIA MIHELIC, et al.,<br><br>                    Defendants. | Case No.: 21cv1807-LL-DEB<br><br>**ORDER DENYING MOTION FOR DEFAULT JUDGMENT [ECF No. 12]** |

       This matter is before the Court on Plaintiff Thomas Oliver's Motion for Default Judgment. ECF No. 12. Defendants, Kristin Tavia Mihelic, Tiffany Louise Carroll, Louise Decarl Adler, and the United States of America, filed an Opposition [ECF No. 13], and Plaintiff filed a Reply [ECF No. 17]. The Motion is fully briefed, and the Court deems it suitable for submission without oral argument. For the reasons set forth below, the Court denies the Motion.

       Pursuant to Federal Rule of Civil Procedure 55(b), the Court may enter a default judgment against a defendant who has failed to plead or otherwise defend an action. *See* Fed. R. Civ. P. 55(b). Plaintiff argues that the Defendants "have not complied with F.R.Civ.P. 12(a)(1)(A) by filing an answer (and counterclaim) 'within 21 days after being served with the summons and complaint.'" ECF No. 12 at 2. In this case Plaintiff sued

United States' employees in their individual capacity, and the United States has been substituted for those employees on all but one claim. ECF Nos. 1, 2. Under Federal Rule of Civil Procedure 12(a)(2) and 12(a)(3), the individual Defendants, as federal employees sued in their individual capacities, had sixty days after service on both themselves and the United States Attorney, whichever is later, to respond to the FAC. The Court has reviewed the docket in this case and finds that Defendants timely responded to Plaintiff's FAC. Accordingly, Plaintiff's Motion for Default Judgment is **DENIED**.

**IT IS SO ORDERED.**

Dated: February 8, 2022

Honorable Linda Lopez
United States District Judge